IN THE CIRCUIT COURT OF THE SIXTH JUDICIAL CIRCUIT
IN AND FOR PASCO COUNTY, STATE OF FLORIDA
Civil Division

JAMES BRAY, d/b/a TEXAS PRIDE,

    Plaintiff,

v.

    Case Number 51-2008-CA-6357

LOUDO ENTERPRISES, INC.,
a Florida corporation,
and LOUDO TRAILERS, INC., a Florida
corporation, collectively d/b/a LOUDO TRAILERS

    Defendants.
_____/

## CORRECTED COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiff James Bray, d/b/a Texas Pride ("Texas Pride") hereby sues Defendants, Loudo Enterprises, Inc. and Loudo Trailers, Inc. domestic corporations d/b/a Loudo Trailers (collectively referred to as "Loudo") for violations of the Florida Deceptive and Unfair Trade Practices Act ("FDUTPA"), Fla. Stat. § 501.201, et. seq. and further alleges as follows:

1. This is an action for in excess of fifteen thousand ($15,000.00) dollars and or for injunctive relief.

2. James Bray, d/b/a Texas Pride is a Texas based enterprise that manufactures and sells trailers, which are ultimately utilized in many of the Southeast states, including Florida.

3. Loudo Enterprises, Inc. manufactures and sells utility trailers throughout the United States, with a principal place of business in Pasco County, Florida.

EXHIBIT "C"

4. Loudo Trailers, Inc. manufactures and sells utility trailers throughout the United States, with a principal place of business in Alachua County, Florida.

5. Both Loudo Enterprises, Inc. and Loudo Trailers, Inc. are family owned businesses of Louis and Vicki Dobard. The Defendants conduct business under the trade mark "Loudo Trailers."

6. Loudo advertises on the internet, including by not limited to www.pascowebhosting.com, ebay and merchant circle, as well as advertising in print media throughout the United States, including but not limited to Alabama, Arkansas, Florida, Louisiana, Georgia, Mississippi and Texas.

7. Loudo competes in the manufacturing and selling of trailers with companies in and out-of-the-state of Florida.

8. Venue lies with the Sixth Judicial Circuit pursuant to Fla. Stat. § 26.021(6) as the cause of action accrued in Pasco County, Florida pursuant to Fla. Stat. § 47.011.

## GENERAL ALLEGATIONS

9. James Bray, d/b/a Texas Pride reincorporates and readopts all allegations contained within Paragraphs 1-8 above.

10. Loudo advertises and proclaims, throughout the State of Florida and the nation that it is a manufacturer of trailers, openly selling trailers to the public.

11. Specifically, Loudo advertises and proclaims that it specializes in making quality trailers at an affordable price. Further, Loudo advertises and represents to the public that buying from Loudo saves consumers money by allowing consumers to buy trailers from Loudo as a manufacturer.

12. Upon information and belief, Defendants have advertised and made proclamations, as indicated above, in the past and up and through the time this action was filed.

13. Loudo utilizes pictures of its trailers in a parking lot of a large facility with red lining with the writing of "Loudo Trailers, Inc." in white.

14. Based upon information and belief, the aforementioned building does not truly bear the name of the company "Loudo Trailers, Inc." as it is neither owned nor leased by Loudo.

15. Loudo juxtaposes its name on a large commercial building in order to represent to the public that it occupies the large commercial building.

16. Loudo's advertising and business practice willfully, knowingly and falsely impresses upon Texas Pride as well as consumers and the public at large that Loudo is a large manufacturer and wholesale dealer with great stability. Further, Loudo's advertising and business practices willfully and knowingly fails to inform Texas Pride as well as consumers and the public at large that Loudo's advertising is embellished without regard to precision and accuracy.

17. Accordingly, Loudo's advertising fails to make adequate disclosures to the consumers and the public at large as well as to Texas Pride.

18. Loudo's actions, as set forth above, are unfair and deceptive as Loudo's advertising and business practices indicate that it occupies a large commercial site, whereas the pictures are alterations designed to deceive the public at large.

### VIOLATION OF FLORIDA STATUTE § 501.204

3

19. James Bray, d/b/a Texas Pride reincorporates and readopts all allegations contained within Paragraphs 1-18 above.

20. Fla. Stat. § 501.204 (Unlawful Acts and Practices) prohibits and declares unlawful, unfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices of any trade or commerce.

21. Loudo's actions, as set forth above, constitute a violation of Fla. Stat. § 501.204(1).

22. James Bray, d/b/a Texas Pride has been damaged by Loudo's unfair trade and deceptive trade practices as set forth above.

23. James Bray, d/b/a Texas Pride demands trial by jury.

WHEREFORE, Plaintiff seeks

(A) Damages from Loudo and an award of restitution to Jim Bray, d/b/a Texas Pride and all consumers affected by Defendants' trade practices;

(B) An Order directing Loudo to disgorge all revenue associated with Defendants unlawful and deceptive trade practices;

(C) A declaration that the complained of trade practices are unlawful;

(D) An Order permanently enjoining Loudo from continuing the complained of unlawful and deceptive trade practices;

(E) For a preliminary and permanent injunction enjoining the Defendants and each of its officers, agents, servant, employees, assigns, representatives, and those acting in concert or participating with them, from engaging in, committing, or performing, directly or indirectly, any and all of the following act: falsely advertising and unfairly competing in the market place

(F) An award of reasonable attorney fees pursuant to Fla. Stat. § 501.2105 and a civil penalty of ten thousand dollars per violation pursuant to § 501.2075.

(G) All other relief deemed proper and just.

DATED this 18th day of August 2008,

_____
Bernard R. Mazaheri
FL Bar Number 643971
MAZAHERI | GADD P.A.

### Certificate of Service

I hereby certify that a true and accurate copy of the foregoing has been sent via U.S. Mail to Defendants care of their corporate counsel and legal representatives:

Frank Herrera, Esq.
Las Olas City Center
401 East Las Blvd. Suite 1650
Fort Lauderdale, Florida 33301

on this 18th Day of August 2008.

_____
Bernard R. Mazaheri
FL Bar Number 643971
W. John Gadd
FL Bar Number 463061
MAZAHERI | GADD P.A.
2727 Ulmerton Rd, Ste. 210
Clearwater, Florida 33762
Tel – (727) 524-6300