UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JAMES BRAY, d/b/a Texas Pride Trailers,

Plaintiff,

-vs-   Case No. 5:08-cv-392-Oc-10GRJ

LOUDO TRAILERS, INC., a Florida
corporation, collectively, d/b/a Loudo
Trailers, LOUDO ENTERPRISES, INC., a
Florida corporation ,

Defendants.
_____

## **O R D E R**

On January 5, 2009, the United States Magistrate Judge issued a Report (Doc. 9) recommending that the Plaintiff's Motion to Remand (Doc. 6) be granted based on the Defendants' failure to timely remove the case to this Court. The Parties have not filed any objections to the Magistrate Judge's Report, and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent review of the case record, it is hereby ORDERED AND ADJUDGED as follows:

1. The United States Magistrate Judge's Report and Recommendation (Doc. 9) is ADOPTED, CONFIRMED AND MADE A PART HEREOF;

2. The Plaintiff's Motion to Remand (Doc. 6) is GRANTED; and

3. The Clerk is directed to remand this case to the Circuit Court of the Sixth Judicial Circuit In And For Pasco County, Florida, terminate any further pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 6th day of February, 2009.

*/s/ Wm. Terrell Hodges*
UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record
Hon. Gary R. Jones